Clay J. Christianson, Esq. (SBN 143024)
KELLY JACKSON & CHRISTIANSON, LLP
90 South E Street, Suite 300
Santa Rosa, California 95404
(707) 578-7160
(707) 578-7469/Facsimile

Attorneys for Defendants
Sheriff Rodney Mitchell, Deputy Sheriff Carla,
Hocket Deputy Sheriff Joe Dutra, Sheriff Detective
Corey Paulick, Deputy Sheriff Barry Clark,
Deputy Sheriff Mike Morshed

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McCORD PATTEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LAKE, SHERIFF RODNEY MITCHELL, DEPUTY CARLA HOCKET, DEPUTY JOE DUTRA, DETECTIVE COREY PAULICK, DEPUTY BARRY CLARK, DEPUTY MORSHED, JONES AUTOMOTIVE and/or JANE/JON DOE 1, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. C 09-3750 WHA (PR)<br><br>**EX PARTE MOTION FOR APPLICATION FOR EXTENSION OF TIME OR ALTERNATIVELY HAVE MOTION FOR SUMMARY JUDGMENT SERVE AS SOLE RESPONSE AND** ~~PROPOSED~~ **ORDER**<br><br>[Local Rules 6-3 and 7-10] |

　　　　I, CLAY J. CHRISTIANSON, declare:

　　　　1.　　I am an attorney at law, licensed to practice in the State of California and before this Court. I am an partner the firm of Kelly Jackson & Christianson, LLP, and will be appearing as counsel for defendants Sheriff Rodney Mitchell, Deputy Sheriff Carla, Hocket Deputy Sheriff Joe Dutra, Sheriff Detective Corey Paulick, Deputy Sheriff Barry Clark, and Deputy Sheriff Mike Morshed .

　　　　2.　　If called as a witness, I could and would testify to the following based upon personal knowledge unless I state that is based upon information and belief.

//

3.  Upon information and belief, plaintiff Jason Patten filed a prisoner pro se civil rights First Amended Complaint pursuant to 42 U.S.C. § 1983 on February 22, 2010.

3.  On June 14, 2010, this Court ordered that the First Amended Complaint be served on the County defendants.

4.  This case was received by Kelly Jackson & Christianson on June 21, 2010. We are trying to obtain the underlying criminal file and case materials relating to the appeal to the First District Court of Appeals regarding plaintiff's motion to suppress evidence.

5.  Pursuant to the Court's Order of Service dated June 14, 2010, defendants are to file a motion for summary judgment or other dispositive motion no later than September 10, 2010.

6.  Nevertheless, a response is due July 6, 2010. I request an extension in which to file an answer to the First Amended Complaint until July 26, 2010 or, alternatively, request that the motion for summary judgment serve as the County defendants' sole response to Mr. Patten's First Amended Complaint and that defendants are not required to file any other responsive pleading.

7.  The County defendants maintain that no prejudice will be sustained by plaintiff. Mr. Patten is appearing in propria persona and is currently incarcerated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of July, 2010 at Santa Rosa, California.

_____
CLAY J. CHRISTIANSON

ORDER

Based upon the Declaration of Clay J. Christianson, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

(     ) the defendants may have until July 26, 2010 in which to file an answer.

( X ) the motion for summary judgement and/or summary adjudication filed by the County defendants in September 2010 will serve as their sole response to plaintiff's First Amended Complaint and that the County defendants are not required at this time to file any other responsive pleading.

DATED: __July 14__, 2010



WILLIAM ALSUP
United States District Judge

Case No. C 09-3750 WHA (PR)  U.S. District Court - Northern District

## PROOF OF SERVICE BY MAIL
[FRCivP 5(b)]

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 90 South E Street, Suite 300, Santa Rosa, CA 95404. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service, such correspondence would be deposited with the United States Postal Service that same day in the ordinary court of business.

On the date of execution of this declaration, I served the attached:

**EX PARTE MOTION FOR APPLICATION FOR EXTENSION OF TIME OR ALTERNATIVELY HAVE MOTION FOR SUMMARY JUDGMENT SERVE AS SOLE RESPONSE AND PROPOSED ORDER**

on the interested parties in said cause, addressed as follows:

Jason Patten                                     *Plaintiff Pro Se*
G-29284
Avenal State Prison
P.O. Box 9
Avenal, CA 93204

Attorney General's Office
455 Golden Gate Avenue
San Francisco, CA 94102

__X__ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid, on the date of execution of this declaration, with our office outgoing mail following ordinary business practices.

___ (BY OVERNIGHT DELIVERY) I placed each such document in an envelope or package designated by the express service carrier with delivery fees fully paid, on the date of execution of this declaration to the address above.

___ (BY FACSIMILE) I caused the said document to be transmitted by Facsimile machine to the number indicated above.

___ (By ELECTRONIC TRANSMISSION) I caused each such document to be transmitted electronically to the email address indicated above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 2, 2010, at Santa Rosa, California.

_____
Virginia A. Reid

KELLY JACKSON &
CHRISTIANSON, LLP

Page 4

Ex Parte Motion for Application for Extension of Time