IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY, SHERIFF RODNEY MITCHELL, DEPUTY CARLA HOCKET, DEPUTY JOE DUTRA, DETECTIVE COREY PAULICK, DEPUTY BARRY CLARK, DEPUTY MORSHED, LAKE COUNTY SHERIFF'S DEPARTMENT, JOHN DOE 1,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　／ | No. C 09-3750 WHA (PR)<br><br>**ORDER VACATING HEARING** |

The hearing noticed by defendants for September 30, 2010 on their motion to withdraw attorney admissions is hereby **VACATED**. The motion will be decided on the papers submitted. The parties shall not schedule hearings in this matter. Unless the court specifically orders a hearing, motions will be decided on the papers submitted.

**IT IS SO ORDERED.**

Dated: September  27 , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\PATTEN3750.HRG.wpd